# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

   v.

**MARCUS DRYDEN**

## WAIVER OF PRELIMINARY
## EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **08-18M**

I, **MARCUS DRYDEN**, charged in a complaint pending in this District with **KNOWINGLY BEING A FELON IN POSSESSION OF A FIREARM**, in violation of Title **18**, U.S.C., **922(g)(1) and 924(a)(2)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.



_____
Defendant

_____
Counsel for Defendant

*February 6, 2008*

F I L E D

FEB 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE