# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 08-30 |
| Plaintiff, : | |
| v. : | |
| : | |
| MARCUS DRYDEN, : | |
| : | |
| Defendant. : | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about January 31, 2008, in the State and District of Delaware, MARCUS DRYDEN, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Glock .40 caliber handgun, serial number KEZ308, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year on or about March 12, 2007, in the Superior Court for the State of Delaware, all in violation of Title 18, United States Code, §§ 922(g)(1) & 924(a)(2).

### COUNT TWO

On or about January 31, 2008, in the State and District of Delaware, MARCUS DRYDEN, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, ammunition, that is, fifty .40 caliber bullets, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year on or about March 12, 2007, in the Superior Court for the State of Delaware, all in violation of Title 18, United States Code, §§ 922(g)(1) & 924(a)(2).

## COUNT III

On or about January 31, 2008, in the State and District of Delaware, MARCUS DRYDEN, defendant herein, did knowingly possess, with the intent to distribute, a Schedule I controlled substance, to wit, less than fifty kilograms of marihuana, all in violation of Title 21, United States Code, §§ 841(a)(1) & 841(b)(1)(D).

## COUNT IV

On or about January 31, 2008, in the State and District of Delaware, MARCUS DRYDEN, defendant herein, in furtherance of a drug trafficking crime for which he may be prosecuted in the United States (to wit, possession with intent to distribute less than fifty kilograms of marihuana in violation of Title 21, United States Code, §§ 841(a)(1) & 841(b)(1)(D), as set forth in Count III of this Indictment and incorporated by reference as if fully set forth herein), knowingly possessed a firearm, that is, a Glock .40 caliber handgun, serial number KEZ308, all in violation of Title 18, United States Code, § 924(c)(1).

A TRUE BILL:

COLM F. CONNOLLY
United States Attorney

By: _/s/_
Seth M. Beausang
Assistant United States Attorney
Dated: February 26, 2008