UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 08-30-JJF |
| ) | |
| **MARCUS DRYDEN**, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **MARCH 20TH, 2008** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until April 20, 2008. The time between the date of this order and April 20, 2008 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney