IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-030 JJF |
| MARCUS DRYDEN, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, on May 7, 2008, the Court held a Scheduling Conference in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing or a Rule 11 hearing will be held on **June 3, 2008 at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware;

IT IS FURTHER ORDERED, if a plea agreement is not reached:

1) A Pretrial Conference will be held on **August 6, 2008 at 12:00 p.m.**

2) Trial will commence on **September 23, 2008 at 9:30 a.m.**

3) The time between May 7, 2008 and June 3, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

May 15, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE