UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-30-JJF |
| | : | |
| MARCUS DRYDEN, | : | |
| | : | |
| Defendant. | : | |

DEFENDANT DRYDEN'S MOTION FOR POST-HEARING BRIEFING ORDER

AND NOW comes the defendant, Marcus Dryden, by his attorney Luis A. Ortiz of the Federal Public Defender's Office, and files this Motion for Post-Hearing Briefing Order.

1.      A suppression hearing in the above-captioned case was conducted on June 3, 2008.

2.      At the conclusion of the hearing, the District Court indicated that it would set a schedule for post-hearing briefing (Tr. 58-59).

3.      Defendant has moved to suppress items which were seized from an automobile during a warrantless police search.

4.      When a search is conducted without a warrant, the burden is on the Government to prove that the police action came within an exception to the Fourth Amendment warrant requirement. United States v. Herrold, 962 F.2d 1131, 1137 (3d Cir. 1992).

5.      Because the Government did not file a written reply to Defendant's suppression motion, the record does not identify the Fourth Amendment exception on which the Government relies.

6.     Until that exception is identified, defense counsel will not be able to address the issue before this Court, to-wit, whether the Government has met its burden of proving that the warrantless search comes within an exception to the Fourth Amendment warrant requirement.

7.     For this reason, Defendant requests that the Government be directed to file the initial post-hearing brief, and that the Defendant be directed to file a responsive post-hearing brief.

WHEREFORE, it is requested that defendant Dryden's Motion for Post-Hearing Briefing Order be GRANTED.

Respectfully submitted,

 /s/  Luis A. Ortiz
LUIS A. ORTIZ, ESQUIRE
Assistant Federal Public Defender
One Customs House, Suite 110
704 King Street
Wilmington, DE  19801
302-573-6010
ecf_de@msn.com

Attorney for Defendant Marcus Dryden

DATED:  June 20, 2008

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
                Plaintiff,         :
                                   :
        v.                         :      Criminal Action No. 08-30-JJF
                                   :
MARCUS DRYDEN,                     :
                                   :
                Defendant.         :

ORDER OF COURT


        AND NOW, this _____ day of _____, 2008, upon

consideration of Defendant Dryden's Motion for Post-Hearing Briefing Order, it is hereby ordered

that the Motion is GRANTED.  The Government shall file a post-hearing brief on or before

_____, and the Defendant shall file a post-hearing brief

on or before _____.



                                   By the Court,


                                   _____
                                   Honorable Joseph J. Farnan, Jr.