IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-30-JJF |
| MARCUS DRYDEN, | : | |
| Defendant. | : | |

**<u>O R D E R</u>**

At Wilmington, this 29 day of July 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Motion To Suppress Physical Evidence And Statements Inculpatory Statements (D.I. 12) filed by Defendant, Marcus Dryden, is **DENIED**.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE