Filed in Open Court This 13th day of August 2008.

nmo,

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 08-30-JJF |
| Plaintiff, : | |
| v. : | |
| : | |
| MARCUS DRYDEN, : | |
| : | |
| Defendant. : | |

### MEMORANDUM OF PLEA AGREEMENT

Pursuant to discussions between the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Seth M. Beausang, Assistant United States Attorney for the District of Delaware, and the defendant, Marcus Dryden, by and through his attorney, Luis A. Ortiz, Esquire, the following agreement is hereby entered into by the respective parties:

1. The defendant shall plead guilty in the United States District Court for the District of Delaware to Count Three of the Indictment, which charges that, on or about January 31, 2008, in the State and District of Delaware, the defendant, Marcus Dryden, did knowingly possess, with the intent to distribute, a Schedule I controlled substance, to wit, less than fifty kilograms of marihuana, all in violation of Title 21, United States Code, §§ 841(a)(1) & 841(b)(1)(D). Count Three carries a maximum sentence of five (5) years imprisonment, at least two (2) years of supervised release, a $250,000 fine, and a $100 special assessment.

2. The defendant understands that understands that if there were a trial, the Government would have to prove the three elements of the offense charged in Count Three, namely, that on or about January 31, 2008, in the State and District of Delaware, the defendant, Marcus Dryden, did (1) knowingly possess, (2) with intent to distribute, (3) less than fifty kilograms of marihuana, all

in violation of Title 21, United States Code, §§ 841(a)(1) & 841(b)(1)(D). The defendant knowingly, voluntarily, and intelligently admits his guilt to those three elements of the offense charged in Count Three of the Indictment.

3. The defendant shall also plead guilty in the United States District Court for the District of Delaware to Count Four of the Indictment, which charges that, on or about January 31, 2008, in the State and District of Delaware, the defendant, Marcus Dryden, in furtherance of a drug trafficking crime for which he may be prosecuted in the United States (to wit, possession with intent to distribute less than fifty kilograms of marihuana in violation of Title 21, United States Code, §§ 841(a)(1) & 841(b)(1)(D), which is charged in Count Three of the Indictment and incorporated by reference as if fully set forth herein), knowingly possessed a firearm, that is, a Glock .40 caliber handgun, serial number KEZ308, all in violation of Title 18, United States Code, § 924(c)(1). Count Four carries a maximum sentence of life imprisonment, with a mandatory minimum five (5) years imprisonment, a $250,000 fine, five (5) years of supervised release, and a $100 special assessment.

4. The defendant understands that if there were a trial, the Government would have to prove the three elements of the offense charged in Count Four, namely, that on or about January 31, 2008, in the State and District of Delaware, the defendant, Marcus Dryden, did knowingly (1) possess with intent to distribute less than fifty kilograms of marihuana in violation of Title 21, United States Code, §§ 841(a)(1) & 841(b)(1)(D), as charged in Count Three of the Indictment; (2) possess a firearm, that is, a Glock .40 caliber handgun, serial number KEZ308; and (3) possess the aforementioned firearm in furtherance of the drug trafficking crime charged in Count Three of the Indictment. The defendant knowingly, voluntarily, and intelligently admits his guilt to those three elements of the offense charged in Count Four of the Indictment.

5. The defendant agrees to forfeit all interests in the firearm and ammunition involved in the violations alleged in Counts One, Two, and Four of the Indictment, to wit, a Glock .40 caliber

handgun, serial number KEZ308, and fifty .40 caliber bullets, which were seized in the State and District of Delaware on or about January 31, 2008. The defendant further agrees to forfeit all interests in any and all property that was seized from the defendant by any federal, state or local government officials on or about January 31, 2008. The defendant further agrees to waive all interest in any such assets described in the preceding two sentences in any administrative or judicial forfeiture proceeding, whether criminal or civil, state or federal. The defendant agrees to consent to the entry of orders of forfeiture for such property and waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment. The defendant acknowledges that he understands that the forfeiture of assets is part of the sentence that may be imposed in this case and waives any failure by the court to advise him of this, pursuant to Rule 11(b)(1)(J), at the time his guilty plea is accepted.

6. Provided that the United States Attorney does not subsequently learn of conduct by the defendant inconsistent with acceptance of responsibility, the United States agrees to a two-level reduction under U.S.S.G. § 3E1.1(a) based on the defendant's conduct to date.

7. The defendant understands that the District Court must consider the United States Sentencing Guidelines and the factors set forth in 18 U.S.C. Section 3553(a) in determining an appropriate sentence. At this stage (prior to the preparation of the pre-sentence report), the defendant should expect that the Government will recommend that the Court impose a sentence consistent with the sentencing guidelines. The defendant understands, however, that the ultimate determination of an appropriate sentence will be up to the sentencing judge. The Court may impose a sentence which exceeds, falls below, or is contained within the sentencing range prescribed by the sentencing guidelines, although the Court must impose a minimum sentence of not less than five (5) years imprisonment for the Defendant's conviction under Count Four of the Indictment, which sentence must be served consecutively to any sentence the Court imposes for

the Defendant's conviction under Count Three of the Indictment. The defendant expressly acknowledges that if the Court imposes a sentence outside the range set forth in the sentencing guidelines, or otherwise different than the defendant expected, or contrary to the recommendation of his attorney or the United States, the defendant will not be allowed to withdraw his guilty plea on that basis.

8. The defendant agrees to pay the $200 special assessment on the day of sentencing. Should he fail to do so, the Defendant agrees to voluntarily enter the United States Bureau of Prisons' administered program known as the Inmate Financial Responsibility Program through which the Bureau of Prisons will collect a portion of defendant's prison salary and apply it on defendant's behalf to the payment of the outstanding debt ordered.

9. The United States reserves the right to defend any rulings of the District Court.

10. The United States agrees to dismiss Counts One and Two at the time of Defendant's sentencing.

11. It is further agreed by the undersigned parties that this Memorandum supersedes all prior promises, representations, and statements of the parties; that this Memorandum may be modified only in writing signed by all the parties; and, that any and all promises, representations, and statements made prior to or after this Memorandum are null and void and have no effect whatsoever.

_____  
Luis A. Ortiz, Esquire  
Attorney for Defendant

COLM F. CONNOLLY  
United States Attorney

By: _____  
Seth M. Beausang  
Assistant United States Attorney

Dated: August, 13, 2008.

Dated: August, 13, 2008.

_____  
Marcus Dryden  
Defendant

Dated: August, 13, 2008.

AND NOW, this 13 day of August, 2008, the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.

_____  
The Honorable Joseph J. Farnan, Jr.  
United States District Court  
District of Delaware